# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>REGINALD CARVER, SR.,<br><br>           Defendant. | Case No. 22-CR-89-JPS<br><br>**ORDER** |

  On April 26, 2022, the grand jury returned a three-count Indictment, which charged Defendant with violating 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 924(c)(1)(A)(i), 924(a)(2), and 922(g)(1). ECF No. 8. On January 4, 2023, Defendant's attorney filed a letter indicating that Defendant intended to enter a plea of guilty as to Count Three of the Indictment and that the Government would dismiss the remaining counts of the Indictment at sentencing, and further requesting that the case be referred to the Magistrate Judge for a change of plea hearing. ECF No. 21. On January 25, 2023, Defendant's attorney filed a letter to Magistrate Judge William E. Duffin, indicating Defendant intended to plead guilty to Count Three of the Indictment and setting out the factual basis for Defendant's plea. ECF No. 23.

  The parties appeared before Magistrate Judge Duffin on January 26, 2023 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 24. Defendant entered a plea of guilty as to Count Three of the Indictment. *Id.* at 1. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11,

Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*

The same day, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 25. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation, ECF No. 25, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 10th day of February, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge